UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RENATO R. SANTANA, LUIS ANTONIO MISZQUIRI, And Jose Contreras, on Behalf of Themselves and All Others Similarly Situated,

                              Plaintiff,

           -against-

SEOUL SHOPPING, INC., HANSFOOD I CORP d/b/a H & Y MARKETPLACE, and TAEK SUN HAN.

                            Defendants.
---------------------------------------------------------------X

Case No.: 24-cv-01839(TAM)

**STIPULATED ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party.

Dated: July 31, 2025

_____
Amit Kumar, Esq.
Law Offices of William Cafaro
Attorneys for Plaintiffs
108 West 39th Street, Suite 602
New York, NY 10018

_____
Matthew A. Brown, Esq.
Milman Labuda Law Group PLLC
Attorneys for Defendants
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042

SO ORDERED: August 8, 2025

*Taryn A. Merkl*
_____
Hon. Taryn A. Merkl, U.S.M.J.